# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Advanced Workstations in Education, Inc., | : | Case No. 14-18952 (MDC) |
| | : | |
| Debtor. | : | |
| | : | |

## INTERIM ORDER AUTHORIZING THE DEBTOR TO
## OBTAIN POST-PETITION FINANCING

**AND NOW**, this day of \_\_\_\_ day of November, 2014, upon consideration of the Motion (the "Motion") of Advanced Workstations in Education, Inc., debtor and debtor-in-possession (the "Debtor") for an Interim and Final Order Authorizing the Debtor to Obtain Post-Petition Financing Pursuant to 11 U.S.C. § 364(b) it is **HEREBY ORDERED THAT**:

1. The Motion is GRANTED on an interim basis.

2. The Debtor is hereby authorized to borrow up to $140,000 from Karl Thornton on the terms set forth in the Motion through an unsecured line of credit to pay the Debtor's operating expenses. The outstanding balance of the line of credit shall accrue interest at the rate of 4.0% per annum.

3. The Debtor is authorized to execute and deliver to Mr. Thornton a Committed Line of Credit Note, substantially in the form attached to the Motion.

4. Mr. Thornton shall have an administrative expense claim against the Debtor's bankruptcy estate for the unpaid balance due on the line of credit plus accrued interest.

5. The relief granted in this Order is without prejudice to the rights of the Official Committee of Unsecured Creditors, if any, appointed in this case or any other interested party prior to the Final Hearing (as defined below) to object to the terms of repayment or any additional relief that might be sought in a final order.

117772324_2

6. A final hearing (the "Final Hearing") on the Motion shall be scheduled for December 10, 2014 at 11:00 a.m.

7. The Debtor shall promptly serve by first-class United States mail, electronic mail or via facsimile, a copy of this Interim Order upon the parties that were given notice of the interim hearing on the Motion and any other party that has filed a request for notices with this Court (the "Service Parties").

_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge

117772324_2